UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09
```

-------------------------------------------------------------x

DR. IRAKLI GLONTI,
Plaintiff

and

DAVID DATESHIDZE,
Plaintiff

        – against –

MARK J. STEVENSON,
Defendant

and

ABBEY H. GLADSTONE,
Defendant

and

MICHAEL CASSANO
Defendant

-------------------------------------------------------------x

: No. 08 CIV 8960 (CM) (MHD)

: ECF CASE

## Order For Deposit In Interest-Bearing Account Of The Court Registry To Cover The Judgment Entered March 23, 2009

The Clerk of the Court is hereby directed:

    1.  to accept the amount of $47,121.71 from counsel for plaintiffs,

Arnold I. Kalman, and to invest this amount in an interest-bearing account of the

Registry of the Court;

    2.  this amount will be maintained in the interest-bearing account of

the Registry of the Court until further Order of the Court; and

3.  the Clerk of the Court is to deduct from the income on the investment a fee equal to ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**Colleen McMahon, U.S.D.J.**

Dated: 4/21/2009

2