UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DR. IRAKLI GLONTI,
Plaintiff

and

DAVID DATESHIDZE,
Plaintiff

       – against –

MARK J. STEVENSON,
Defendant

and

ABBEY H. GLADSTONE,
Defendant

and

MICHAEL CASSANO
Defendant
------------------------------------------------------------x

: No. 08 CIV 8960 (CM) (MHD)

: ECF CASE

: NOTICE OF MOTION

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09

**PLEASE TAKE NOTICE THAT** plaintiffs and their counsel of record (Movants) move this Court for an order, pursuant to Local Civil Rule 6.3 and Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure, to reconsider, alter or amend, and for relief from the Judgment imposing Rule 11 sanctions on Movants filed March 23, 2009. In support of this motion,

4/27/09
This is a motion for reconsideration, not a motion pursuant to Rules 59 or 60. For the reasons set forth in defendants' opposing memorandum, the motion is DENIED. Additionally, defendants are awarded $7,500 in additional attorney fees for having had to respond to this motion. The Clerk shall enter judgment.
Colleen McMahon USDJ

Movants rely on the accompanying memorandum of law.

Dated: April 6, 2009

                                        Respectfully submitted,

                                        ARNOLD I. KALMAN, ESQUIRE (AK 1932)
                                        Law Offices of Arnold I. Kalman
                                        245 South Hutchinson Street
                                        Philadelphia, Pennsylvania 19107-5722
                                        Telephone: 215-829-9613
                                        Fax: 215-829-9619
                                        E-mail: arnold.i.kalman@ verizon.net

                                        *Attorneys for Plaintiffs, Dr. Irakli Glonti*
                                        *and David Dateshidze*

TO:   Theodore R. Snyder, Esquire
        Krebsbach & Snyder, P.C.
        One Exchange Plaza
        55 Broadway, Suite 1600
        New York, N.Y. 10006
        (212) 825-9811

        (Via ECF)